# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**RICHARD F. WATSON,**
Appellant,

v.

**MARIA TERESA WATSON,**
Appellee.

No. 4D2023-1256

[July 3, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Karen M. Miller, Judge; L.T. Case No. 502007DR009907XXXXNB.

Ron G. Rice, Jr., Boca Raton, for appellant.

Troy William Klein, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***